UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| REBECCA ANGELA YAUN, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> *Acting Commissioner of Social Security* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 7:14-CV-0012-RN |

**Decision by Court.**

**This action came before Magistrate Judge Robert T. Number, II for consideration on cross motions for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings, GRANTS Defendant's Motion for Judgment on the Pleadings and AFFIRMS the Commissioner's decision.**

<u>This Judgment Filed and Entered on March 16, 2015 with service on:</u>
Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

*/s/ Lauren Herrmann*
Lauren Herrmann, Deputy Clerk